

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00167-CV

**STEPHENS & JOHNSON OPERATING CO.**; Henry W. Breyer, III, Trust; CAH, Ltd.-MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd.-Wiegand Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust; E.R. Godbout Family Trust, Appellants

v.

Charles W. **SCHROEDER**; Elsie A. Schroeder Schneider; Hollis London; Terry Mengers Reel; Ted Mengers; Debbie Mengers Quates; August H. Setinmeyer; Carole Schroeder Miller; James M. Schroeder; Sally Schroeder Tinanus; James E. Schroeder; Sue Schroeder Stanford, Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is affirmed in part and reversed and remanded in part for further discretionary proceedings with respect to attorneys' fees. Costs are assessed against the party who incurred them.

SIGNED August 12, 2015.

_____
Jason Pulliam, Justice